Isaac Davis, Respondent, v. American Central Insurance Company, St. Louis, Appellant.

*Davis* v. *Am. Cent. Ins. Co.,* 7 App. Div. 488, affirmed.
(Argued January 23, 1899; decided February 28, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June. 22, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Porter Norton* for appellant.

*Moses Shire* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

Douglass H. Grand et al., Respondents, v. Johnston Livingston, as President of the National Express Company, Appellant.

*Grand* v. *Livingston,* 4 App. Div. 589, affirmed.
(Argued January 23, 1899; decided February 28, 1899.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 23, 1896, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

*John G. Milburn* for appellant.

*Irving W. Cole* for respondents.

Judgment and order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, MARTIN and VANN, JJ.
Dissent: GRAY, BARTLETT and HAIGHT, JJ.